IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20173
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHERRY LOPEZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-95-149-2
- - - - - - - - - -
December 10, 1996

Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Sherry Lopez appeals her sentence following her conviction for conspiracy to commit wire and mail fraud, in violation of 18 U.S.C. §§ 371 and 1341. Lopez asserts that the district court erred by failing to reduce her offense level based on her acceptance of responsibility. We have reviewed the record and the briefs of the parties and hold that the district court's finding was not clearly erroneous that the reduction was

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

unwarranted.  See United States v. Watson, 988 F.2d 544, 551 (5th Cir. 1993), cert. denied, 510 U.S. 1048 (1994).

AFFIRMED.